**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID FUSON, individually and on behalf of all other similarly-situated, ) ) ) Plaintiffs, ) ) v. ) ) CONTI MATERIALS SERVICE ) and DOES 1 through 100, ) ) Defendants. ) _____ ) | CV F 06-0769 AWI LJO NEW CASE NUMBER  CV F 06-0769 OWW DLB PRIOR CASE NUMBER  ORDER RELATING CASES AND REASSIGNING NEW DISTRICT COURT JUDGE AND NEW MAGISTRATE JUDGE |

Examination of the papers filed in the above-entitled action reveals that it is related within the meaning of Local Rule 83-123 to certain earlier-filed cases that are pending before this court. This case and the earlier-filed cases are based on similar claims and involve similar questions of fact or law, and assignment of all such cases to the same judge will therefore be likely to effect a substantial savings of judicial effort. The earlier-filed cases to which the present case is related include: <u>Willis, et al. v. Cal-Western Transport</u>, CV F 00-5695 AWI LJO; <u>Baganha et al. v. California Milk Transport</u>, CV F 01-5729 AWI LJO; <u>Vasquez et al. v. Jim Aartman, Inc.</u>, CV F 02-5624 AWI LJO; <u>Hernandez et al. V. Jim Aartman, Inc.</u>, CV F 03-5600 AWI LJO; <u>Martin et al. v. Pan Pacific Petroleum, et al.</u>, CV F 03-5746 AWI LJO; <u>Morales v. Five J's Trucking</u>, CV F 04-5429 AWI LJO; <u>Aguayo v. Oldenkamp Trucking</u>, 04-6279 AWI LJO, and <u>Rees v. Souza Milk Transportation, Co.</u>, CV F 05-0297 AWI LJO.

According, the court ORDERS that:

1. This action is therefore reassigned to District Court Judge Anthony W. Ishii and Magistrate Judge Lawrence J. O'Neill;[1]

2. Henceforth, all documents filed in this case shall be filed under case number CV F 06-0769 AWI  LJO.

IT IS SO ORDERED.

**Dated:    June 21, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

---

[1] The parties should be aware that an order relating cases under Local Rule 83-123 merely causes the cases to be assigned to the same district judge; no consolidation is effected.  Cf. Fed. R. Civ. P. 42(a).  If the parties wish consolidation they should so agree by stipulation or request consolidation by way of a noticed motion.

2