IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FUSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONTI MATERIAL SERVICE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-0769 AWI TAG<br>**New Case No. CV-F-06-0769 LJO SMS**<br><br>**ORDER TO SHOW CAUSE** |

　　　Based upon the Court's review of this action, plaintiff has failed to comply with this Court's Preliminary Scheduling Order. (Doc. 10.) Accordingly, the Court orders plaintiff to show cause in writing no later than May 22, 2007 why this action should not be dismissed and why sanctions should not be imposed against plaintiff and/or counsel. The Court sets an OSC hearing for May 29, 2007 at 8:30 a.m. in Department 4 (LJO) of this Court.

IT IS SO ORDERED.

**Dated:    May 9, 2007**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1