# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FUSON, | CASE NO. CV F 06-0769 LJO SMS |
| Plaintiff, | **ORDER AFTER ORDER TO SHOW CAUSE HEARING** |
| vs. | |
| CONTI MATERIAL SERVICE, et al., | |
| Defendants. | |

This Court conducted a May 29, 2007 show cause hearing given that plaintiff David Fuson ("plaintiff") failed timely to file a motion for class certification, pursuant this Court's October 30, 2006 order. Plaintiff appeared by counsel Jerry N. Budin, Law Office of Jerry Budin. Defendants Conti Material Service and Donald Conti (collectively "defendants") appeared by telephone by counsel Geoffrey David DeBoskey, Sheppard, Mullin, Richter & Hampton LLP. In their papers and at the hearing, the parties' counsel discussed failure timely to complete class certification discovery and to file a class certification motion.

Defendants' document production is at the core of this show cause matter. Based on defendants' written responses to plaintiff's document requests, plaintiff's counsel was understandably unclear as to production and availability of defendants' documents. Defense counsel was responsible to, but did not present, a proposed protective order to address his or defendants' concerns. Nonetheless, plaintiff's counsel did not diligently pursue defendants' document production to contribute to passing of discovery and motion deadlines. Defendants have not substantiated prejudice from passing of the discovery and motion deadlines.

On the basis of good cause, this Court:

1. EXTENDS to July 13, 2007 the deadline to complete discovery on class certification;

2. ORDERS plaintiff, no later than July 30, 2007, to file a class certification motion;

3. ORDERS defendants, no later than August 27, 2007, to file their opposition to the class certification motion;

4. ORDERS plaintiff, no later than September 10, 2007, to file reply papers, if any, for the class certification motion. If deemed necessary, the Court will set a hearing on the class certification motion; and

5. ORDERS plaintiff's counsel, no later than June 11, 2007, to pay $2,500 as a sanction and to notify this Court of payment of the sanction. The $2,500 sanction shall be payable to the Clerk of Court and reference this order.

IT IS SO ORDERED.

Dated:   May 29, 2007                      /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE