# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FUSON, | CASE NO. CV F 06-0769 LJO SMS |
| Plaintiff, | **ORDER STAYING MOTION FOR CLASS CERTIFICATION AND ORDER DIRECTING MOTIONS TO BE FILED** |
| v. | |
| CONTI MATERIAL SERVICE, et al., | |
| Defendants. | |

Pending before this Court is plaintiff David Fuson's ("plaintiff") motion for class certification and motion for facilitation of notice to class members. Defendants filed oppositions to the motions on August 27, 2007. Plaintiff filed a reply brief on September 10, 2007.

In his reply, plaintiff indicates that he will abandon all Federal claims in the complaint and will seek remand of the remaining state law claims to state court. Accordingly, the Court will STAY consideration of the motion for class certification and motion for facilitation of notice to class members. Plaintiff is directed to file the appropriate motions and/or dismissal of claims no later than September 17, 2007.

IT IS SO ORDERED.

**Dated:   September 11, 2007**           /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE